CV5-277.RHG 

TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

ON MOTION FOR REHEARING

NO. 03-95-00277-CV

Larry Brent Turner, Appellant

v.

Texas Department of Mental Health and Mental Retardation and

The State of Texas, Appellees

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 201ST JUDICIAL DISTRICT

NO. 91-9223, HONORABLE PAUL DAVIS, JUDGE PRESIDING

 To his motion for rehearing, Larry Turner attaches the First Amended Complaint
he filed in federal court, seeking to demonstrate that he did append his state court claims to his
federal causes of action. This amended complaint was not presented to the trial court at the
summary judgment proceeding and is not part of the record on appeal. Its attachment to the
motion for rehearing comes too late to support appellant's reliance on the tolling provisions of
section 16.064(a) to defeat movants' request for summary judgment based on the statute of
limitations. We overrule the motion for rehearing and adhere to our original opinion in its
entirety.

 

 Bea Ann Smith, Justice

Before Chief Justice Carroll, Justices Jones and B. A. Smith

Filed: May 1, 1996

Publish